

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-22-00555-CR, 04-22-00558-CR, 04-22-00559-CR

Martin **MERCADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2019-CR-9451, 2019-CR-9449, & 2019-CR-9450
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED June 20, 2024.

Beth Watkins, Justice